**Roger ALFORD, Appellant,**

v.

**HUSSMANN CORPORATION, Respondent.**

**No. ED 87839.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 19, 2006.

Donald V. Fraser, Jr., St. Louis, MO, for appellant.

E. Thomas Liese, Julie A. Madsen, St. Louis, MO, for respondent.

Before GEORGE W. DRAPER III, P.J. and GARY M. GAERTNER, SR. and ROBERT G. DOWD, JR., JJ.

### ORDER

PER CURIAM.

Roger Alford appeals from an award by the Labor and Industrial Relations Commission denying him workers' compensation benefits and affirming the decision of the Administrative Law Judge.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. After reviewing the whole record, we find the Labor and Industrial Relations Commission's award is supported by competent and substantial evidence and is not contrary the overwhelming weight of the evidence. *Hampton v. Big Boy Steel Erection,* 121 S.W.3d 220, 223 (Mo. banc 2003). An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).